AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:03-cr-302-J-20MCR
USM NUMBER: 05833-081

V.

LAWRENCE CRITTON

Defendant's Attorney: W. Charles Fletcher (cja)

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers One, Two, Three, Four, Five, Nine, Ten, Eleven, Twelve and Thirteen of the term of supervision.

___ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to make restitution. | April 2006 |
| Two | Untruthful written monthly reports. | April 2006 |
| Three | Travel outside the district without permission. | May 2006 |
| Four | Travel outside the district without permission. | June 2006 |
| Five | Travel outside the district without permission. | July 2006 |
| Nine | Failure to follow instructions of probation officer. | January 2007 |
| Ten | Travel outside the district without permission. | February 2007 |
| Eleven | Travel outside the district without permission. | March 2007 |
| Twelve | Travel outside the district without permission. | April 2007 |
| Thirteen | Travel outside the district without permission. | April 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ Charge numbers Six, Seven and Eight are dismissed upon oral motion by the United States Attorney, and the Defendant is discharged as to such violation charges.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: June 12, 2007

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: June 12, 2007

| | |
|---|---|
| Defendant:  LAWRENCE CRITTON | Judgment - Page 2 of 2 |
| Case No.:  3:03-cr-302-J-20MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **thirty (30) months**.

The defendant will cooperate with the probation officer in the collection of a DNA sample.

__X__ The Court makes the following recommendations to the Bureau of Prisons: FCI Jesus, GA.


__X__ The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.    p.m.    on _____.

    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


                         UNITED STATES MARSHAL

By   _____
          DEPUTY UNITED STATES MARSHAL